**Department of Homeland Security
Immigration and Customs Enforcement
Office of Professional Responsibility**

*Affidavit*

State of: New Hampshire
County of: Rockingham

I, Bartholomew Cahill, who after being duly sworn state the following:

Q. What is your full name?

A. Bartholomew J. Cahill.

Q. What are your title, pay grade, series and duty station?

A. Assistant Special Agent in Charge (ASAC), GS-15-1811, Homeland Security Investigations (HSI), Boston, MA.

Q. What is your EOD date with Immigration and Customs Enforcement (ICE), Homeland Security Investigations, Boston, MA (HSI/Boston)?

A. August 2007.

Q. What is your current assignment with HSI/Boston?

A. I am the ASAC over Division One, which covers the National Security Group, Counter proliferation Investigations Group, Investigative Services Group, the Administrative Office and the RAC Springfield.

Q. How long have you been in that capacity?

A. Since approximately July 2015.

Q. What are your current responsibilities and/or duties regarding the management of the HSI/Springfield, MA, office?

A. I have second line operational and programmatic oversight of the HSI Springfield office.

Q. How many employees are currently assigned to the HSI/Springfield office?

A. Six.

Q. Provide the names of those employees?

A. Acting RAC Jeffrey Stillings, SA Greg Boucher, SA Ross Gazzaniga, SA Tim Irving, SA Will Hoyt and MSS Valerie Macy.

Q. Prior to the arrival of Acting RAC Jeffrey Stillings, who was the first-line supervisor over the HSI/Springfield office?

A. RAC Timothy Gaynor.

Q. How long was RAC Gaynor in that position?

A. I believe two years.

Q. How long have you known Special Agent (SA) William Hoyt?

A. Since approximately 2008.

Q. Is SA Hoyt a full-time HSI employee? (In what capacity? i.e. administrative or law enforcement)

A. Yes he is a full-time employee in law enforcement as a Special Agent.

Q. Is the HSI/Springfield office located at 1550 Main St., Springfield, MA, SA Hoyt's permanent duty station?

A. Yes.

Q. How long has (SA) William Hoyt been assigned to the HSI/Springfield office?

A. I believe since approximately January 2014.

Q. Is MSS Macy a full-time HSI employee? (In what capacity? i.e. administrative or law enforcement)

A. Yes, she is a full-time employee in an administrative position as a Mission Support Specialist.

Q. How long have you known Mission Support Specialist (MSS) Valorie Macy?

A. I do not recall when I first met MSS Macy, but it has been several years.



Q. Is the HSI/Springfield office located at 1550 Main St., Springfield, MA, MSS Macy's permanent duty station?

A. Yes.

Q. What are MSS Macy's official duty hours at the HSI/Springfield office?

A. The standard official duty hours of all employees are 8:30am to 5:00pm, however at times employees request for a change in duty hours so I am not sure if that is the case with MSS Macy.

Q. How long has MSS Macy been assigned to the HSI/Springfield office?

A. I do not know exactly how long, but I would say over five years.

Q. Are you aware, or have knowledge of a Department of Homeland Security (DHS), Office of Inspector General (OIG) investigation regarding alleged misconduct by HSI/Springfield, MA, employee(s)? If so, do you recall the approximate time frame of when it commenced?

A. I became aware that OIG was conducting an investigation in approximately June 2014.

Q. Are you aware of who filed the initial complaints and/or allegations to the DHS/OIG?

A. Yes, I believe that SA Will Hoyt, SA Greg Boucher, SA Ross Gazzaniga and SA Chris Evans filed the initial complaint.

Q. To your knowledge, did the DHS/OIG investigation involve HSI/Springfield RAC Timothy Gaynor?

A. Yes.

Q. Are you aware of an incident that occurred on or about June 3, 2015, in which MSS Macy filed for a restraining order against SA Hoyt in the East Hampshire District Court, Belchertown, MA, and did you review the documentation and the alleged incidents detailed by MSS Macy in her affidavit to the court?

A. Yes.

Q. After reviewing the affidavit prepared by MSS Macy on June 3, 2015, did all the incidents that she alleged occurred between herself and SA Hoyt take place at the HSI/Springfield workplace?

A. It appears from the affidavit they did.

Q. In the June 3, 2015, affidavit prepared by MSS Macy, she reported an incident that allegedly occurred November 11, 2014, which she describes stating, "William Hoyt pushed into an elevator I was in by sticking foot in closing door & grabbing door w/hands." According to a 2014 annual calendar, November 11, 2014, is shown to be "Veteran's Day (a federal holiday). According to HSI/Boston records, was MSS Macy on official duty on November 11, 2014?

A. According to HSI records MSS Macy was on leave the entire week of November 10-14, 2014.

Q. Are you aware that the filing on June 3, 2015, was dismissed by the federal court? After the dismissal, what action was taken by HSI/Boston?

A. Yes I was aware the filing was dismissed by federal court. I spoke separately to MSS Macy and SA Hoyt about work arrangements to avoid further contact and ensure MSS Macy felt safe at work. MSS Macy agreed to work one day per week out of the RAC Hartford office, and chose Tuesday as the day. SA Hoyt, who is permanently assigned to an FBI Task Force, agreed that if he needed to conduct any work activity at the office that Tuesday would be the day he would go to the office. I asked if he needed to go on any other day that he give RAC Gaynor a call. To my knowledge he did not call RAC Gaynor on December 3, 2015.

Q. Are you aware of an incident that occurred on or about December 9, 2015, in which MSS Macy filed for a restraining order against SA Hoyt in the East Hampshire District Court, Belchertown, MA, and did you review the documentation and the alleged incidents detailed by MSS Macy in her affidavit?

A. Yes I am aware MSS Macy filed for a restraining order against SA Hoyt and I have reviewed the alleged incidents detailed by MSS Macy in her affidavit.

Q. In her affidavit, MSS Macy alleged that an incident took place on December 1, 2015, at the HSI/Springfield office. Was MSS Macy on official duty at the HSI/Springfield office on that date? Please provide a detailed description of MSS Macy's duties and/or responsibilities on that date.

A. On that date MSS Macy was working out of the HSI Hartford, CT, office and would not have been at the HSI Springfield office. MSS Macy is covering the administrative duties for both offices since the retirement of the MSS in Hartford last year.

Q. Did you speak with MSS Macy regarding the incident that allegedly occurred on December 1, 2015? Please provide a detailed description of the conversation.

A. I did not speak to MSS Macy about the alleged incident as nothing was ever reported to me about this event.

Q. Did you speak with SA Hoyt regarding the incident that allegedly occurred on December 1, 2015? Please provide a detailed description of the conversation.

A. I spoke to SA Hoyt about this alleged incident after reading the affidavit from MSS Macy indicating an incident with SA Hoyt and RAC Gaynor on December 1, 2015, in the HSI Springfield office. SA Hoyt stated that as he was arriving at the office RAC Gaynor was pulling out of the garage and that he did not see him nor speak to him at all on December 1, 2015.

Q. In her affidavit filed on December 9, 2015, MSS Macy alleged that an incident occurred on December 3, 2015, at the HSI/Springfield office regarding an interaction between her and SA Hoyt. To your knowledge, was SA Hoyt on official duty on that date?

A. Yes, SA Hoyt was on official duty on December 3, 2015.

Q. Are HSI Special Agents required to qualify with service issued firearms on an annual basis. If so, how many times per year?

A. HSI Special Agents are required to qualify quarterly.

Q. To your knowledge, was SA Hoyt assigned to qualify with his service issued firearm(s) on December 3, 2015?

A. Yes SA Hoyt was scheduled to qualify on December 3, 2015.

Q. To your knowledge, are HSI Special Agents authorized to store agency owned long guns and/or rifles outside of the office? What are the exceptions and who is the authorizing official? Did SA Hoyt have authorization to store the aforementioned weapons outside of the HSI/Springfield office?

A. Yes Special Agents are authorized to store agency owned and issued long guns and/or rifles outside the office with the approval of the Special Agent in Charge. I do not know if SA Hoyt had approval to store the aforementioned weapons outside of the HSI Springfield office.

Q. Is it normal operating procedure that the agency owned long guns and/or rifles that are assigned to the HSI/Springfield office be stored in a secure location at the HSI/Springfield office in accordance with agency policy?

A. Yes I believe that it is.



Q. On December 3, 2015, was SA Hoyt acting in an official law enforcement capacity when he retrieved an agency owned weapon(s) from the HSI/Springfield office?

A. Yes

Q. Did you speak with MSS Macy on December 3, 2015, regarding the alleged incident between her and SA Hoyt? If so, describe the conversation in detail.

A. Yes, I spoke on a speaker phone with MSS Macy and RAC Gaynor about the incident. MSS Macy stated that at about 8:10am SA Will Hoyt walked into the office by her desk over to the gun room and that his wife stayed by the door, watched SA Hoyt code into the gun room and glared at her. SA Hoyt then grabbed guns and went into his office. She stated at this point she called RAC Gaynor, that she was frightened. She stated that they heard her on the phone and they then left the office. MSS Macy indicated she felt it was very bizarre for SA Hoyt to bring his wife to the office and that she was very scared.

Q. Did you have any understanding as to why SA Hoyt brought his wife into the HSI/Springfield office on December 3, 2015?

A. SA Hoyt indicated that he and his wife had been working out at a gym near the office and that he stopped by the office to retrieve his long gun for the range. SA Hoyt indicated that he brought his wife as he did not want there to be any false allegations filed against him by MSS Macy.

Q. At any time did MSS Macy advise you that SA Hoyt threatened her with a firearm, or in any other way?

A. No, MSS Macy did not indicate that SA Hoyt threatened her with a firearm; she indicated that she was frightened by him and his wife being in the office.

Q. Did you speak with SA Hoyt on December 3, 2015, regarding the alleged incident between him and MSS Macy? If so, describe the conversation in detail.

A. Yes I spoke with SA Hoyt about the incident. SA Hoyt called very soon after the incident and asked if I spoke to RAC Gaynor. When I replied yes, he stated that he had gone off on RAC Gaynor and was unprofessional and lost his cool. He stated he did so because RAC Gaynor had stated to him that it was all his fault, and that if he had not gone to OIG that none of this would be happening. He further stated that RAC Gaynor made derogatory comments about his wife, asking if he was going to bring her to the range to shoot the gun for him and if he needed his wife to do his job.

SA Hoyt stated he went into the office to retrieve his long gun to take it to the range. His wife was with him as they had been working out at a gym that morning. He stated he walked by MSS Macy who was at her desk and did not say a word to her. He stated

that he retrieved his long gun and carried it holding it by the barrel pointed up as he went back by MSS Macy to his office, put the gun in its carrying case and then he and his wife left the office.

Q. Are you aware of any DHS or HSI record that shows that SA Hoyt removed multiple automatic weapons from the HSI/Springfield office on December 3, 2015?

A. I am not aware of any records that would show the removal of weapons.

Q. Are you aware of any documentation that was prepared by SA Hoyt regarding the incident that occurred on December 3, 2015?

A. Yes, on December 3, 2015, I received a phone call from OPR SSA Michael Perrella who indicated that SA Hoyt had contacted him to report the incident in the HSI Springfield office. I advised SSA Perrella that SA Hoyt had already reported the incident to me via telephone. SSA Perrella told me that he had requested SA Hoyt to document the incident and send it to him as soon as possible. SSA Perrella forwarded a copy of the statement provided by SA Hoyt to me via email. The statement is consistent with what SA Hoyt reported to me via phone, with some finer details.

Q. Did SA Hoyt provide you with any information that would indicate or give the appearance that he threatened MSS Macy in any way?

A. No

Q. Have you ever witnessed SA Hoyt threaten MSS Macy or any other employee?

A. No

Q. Regarding the alleged incidents that MSS Macy described on December 1, 2015, and on December 3, 2015, were both incidents said to have taken place at the HSI/Springfield office in U.S. government owned workspace?

A. Yes

Q. To your knowledge, has HSI/Boston management and/or the ICE Office of Professional Responsibility been engaged in multiple administrative investigations and management inquiries, regarding a variety of long standing employment disputes, alleged to have taken place at the HSI/Springfield office? Further, have the administrative investigations and/or management inquiries been limited to only MSS Macy and SA Hoyt, or have other employees been involved?

A. Yes I am aware there have been multiple administrative investigations and management inquiries regarding not only MSS Macy and SA Hoyt but others assigned to HSI Springfield.

Q. To you knowledge, have all the incidents alleged in the aforementioned administrative investigations and management inquiries occurred on Department of Homeland Security (DHS) property, while SA Hoyt was on official duty?

A. To my knowledge, yes.

Q. Do you have anything else to add?

Yes, SA Hoyt has now been given as a direct standing order from me as the ASAC and second line supervisor that he is not to go to the HSI Springfield office without first contacting his supervisor. SA Hoyt is to now contact A/RAC Jeffrey Stillings to discuss and make arrangements with him to avoid unsupervised interaction between SA Hoyt and MSS Macy. This order was given to SA Hoyt by me via telephone and in writing on December 3, 2015, and also explained by me to MSS Macy.

The contents of this statement are true and correct to the best of my knowledge and belief.

_____
Affiant

Subscribed and sworn to before me this 29th day of December, 2015.

_____
Michael Perrella
Senior Special Agent
Immigration and Customs Enforcement
Office of Professional Responsibility

_____
Ralph Murphy
Resident Agent in Charge
Immigration and Customs Enforcement
Office of Professional Responsibility